1:10-CV-1248 (TJM/DRH)

U.S. DISTRICT COURT
N.D. OF N.Y.
RECEIVED
DEC 15 2010
LAWRENCE K. BAERMAN, CLERK
ALBANY

To: Whom it May Concern: USDC Court Clerk
 " ALL CASES "

Regarding: Postal Location for RICHARD ENRIQUE ULLOA
[STATE OF NEW YORK #A13 944 250 / STATE OF OREGON 10220452];
Richard Enrique Ulloa, and any and all variations thereof.

Please see attached notification to the Post-Master of the address location change effective immediately.

All mail not addressed as indicated below will more than likely be returned to sender.

Please change your computer records accordingly, and note this is an international location.

Nation New York.
General Post-Office.
Hurley. Ulloa Province.
United States Minor, Outlying Islands.
Near. [12443-9998]

Please send back a copy of this letter with your concurrence if envelope was provided. ✓

Done 12/15/10
by WBZ.

RICHARD ENRIQUE ULLOA, Estate
executor office,
nation new york,
general post-office,
hurley-town
United States Minor, Outlying Islands
Near [12443-9998]

Done by the light of day Seven December Two-Zero One-Zero

7009 3410 0002 4235 7782

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

DEC 1 5 2010

LAWRENCE K. BAERMAN, CLERK
ALBANY

Office of Post Master
Attention: Wendy Parnek, Postmaster
United States Post Office
90 Cornell Street
Kingston, New York
U.S.A. [12401-9999]

To: The Office of the Postmaster, etcetera all; Wendy Parnek.

From: executor office - RICHARD ENRIQUE ULLOA, Estate.

Regarding: Postal Location for RICHARD ENRIQUE ULLOA, Estate,
[STATE OF NEW YORK #A13 944 250 / STATE OF OREGON 10220452];
Richard Enrique Ulloa, and any and all variations thereof.

As occupant of the executor office to RICHARD ENRIQUE ULLOA, Estate you are herein and hereby warranted to change the postal location for the above individual from 22 Ridge Mountain Road, Stone Ridge, New York [12484] and PO BOX 771, Stone Ridge, New York [12484] to the following:

Nation New York,
General Post-Office,
Hurley, Ulloa Province,
United States Minor, Outlying Islands
Near [12443-9998]

This correction is permanent or until future notice from this Executor Office. This matter is herein Adjourned.

Certified Document:

copy to: Office of Governor
STATE OF NEW YORK
David A. Paterson, Governor

copy to: Office of Attorney General
STATE OF NEW YORK
Andrew M. Cuomo, Attorney General

copy to: Office of Governor
STATE OF OREGON

Copy to Office of Attorney General
STATE OF OREGON

govern yourself accordingly;
By: executor _Richard-Enrique_
RICHARD ENRIQUE ULLOA, Estate,
executor office,
nation new york,
general post-office,
hurley, Ulloa Province
United States Minor, outlying islands
near [12484-9998]

STATE OF NEW YORK    )
                     )  JURAT
COUNTY OF ULSTER     )

Subscribed and sworn to before me, a Notary Public, this _8_ day of _December_ 2010, upon satisfactory evidence to the identity of the affiant subscribed and sworn above.

(Seal)                          _Ronald Cline_
                                NOTARY PUBLIC